UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

CHAPTER 11

In re:

    1033 Ocean Avenue Realty Corp.,

CASE NO. 10-42855 - 353

    Debtor.

## APPLICATION

The application of 1033 Ocean Avenue Realty Corp., debtor and debtor-in-possession ("Debtor"), respectfully requests:

1. The Debtor filed a petition for relief under Chapter 11 of Bankruptcy Code on April 1, 2010, and has continued in the operation of its business and management of its property pursuant to §1107 and 1108 of the code.

2. The Debtor will require a firm statement from creditors as to the amounts due them on their claims in order to confirm a plan of reorganization.

3. Debtor requests that in accordance with Bankruptcy Rule 3003( c) (3) a date (the "Bar Date") be fixed as the last date by which the holders of any and all claims may file proofs of claim or requests for payment in these proceedings or be forever barred, from voting or receiving distribution in connection with said claims or requests.

4.     The Debtor proposes that the Order Fixing Last Date for Filing of Claims together

with the Notice of Entry of Bar Order, annexed as Exhibit A, be deemed adequate and sufficient if served by regular mail within 15 days following the date of entry of this Order upon (I) all persons who have filed a notice of appearance pursuant to Section 1109 of the Bankruptcy Code and (ii) all those entities which filed claims or are listed in Debtors, chapter 11 Schedules as holding claims.

**WHEREFORE**, Debtor prays for the granting of the annexed order and for such other and further relief as is just and Proper.

Dated: Brooklyn, New York
      May 20, 2010

ROSENBERG, MUSSO & WEINER, LLP
Attorneys for Debtor and Debtor-In-Possession

By: /s/
BRUCE WEINER (BW-4730)
26 Court Street, Suite 2211
Brooklyn, New York 11242
(718) 855-6840